RECEIVED
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FREDDIE LEE TAYLOR | DOCKET NO.: 1:11-cv-1922 |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Taylor's petition for habeas corpus (Doc. 1) is **DENIED**.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 12th day of April, 2013.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT